This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 09 2014 ★
BROOKLYN OFFICE

**Notice of Electronic Filing**

The following transaction was entered on 4/10/2014 at 9:26 AM EDT and filed on 4/10/2014
Case Name: Bell v. Henry et al Case Number:1:13-cv-05371-JBW-RER Filer: Document Number: No document attached

Docket Text:
**REPORT AND RECOMMENDATIONS re [1] Complaint filed by Cashae Johnson Bell. Parties have yet appeared for the initial conference scheduled for 1/23/14 or 4/9/14. All correspondences mailed to the parties has been returned as undeliverable. See docket numbers 8,9,10,13,14,15,16, and 17. It is respectfully recommended that this case be dismissed without prejudice for failure to prosecute. Notice of this recommendation to be mailed to plaintiff at her last known address. She has fourteen (14) days to object to the recommendation. Objections to R&R due by 4/29/2014. Failure to do so may waive appeal rights. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/9/2014. (Vertus, Miriam)**

1:13-cv-05371-JBW-RER Notice has been electronically mailed to:

1:13-cv-05371-JBW-RER Notice will not be electronically mailed to:

*[Handwritten note: No response heard from plaintiff, the case is dismissed for failure to prosecute. So ordered. JBW 5/09/14]*